UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Hearing reset to 4/11/13 at 3:00 p.m.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Nos. 3:09-00044 & 3:10-00015 |
| | ) | JUDGE TRAUGER |
| | ) | |
| JOE EDWARD WEBB, JR. | ) | |

## UNOPPOSED MOTION TO RE-SET HEARING

Defendant Joe Webb respectfully moves this Court to reschedule the hearing that is set for Friday, March 29, 2013, because undersigned counsel has pre-paid airline tickets for travel the week of March 25, including March 29. Counsel has conferred with counsel for the Government, AUSA Hal McDonough, who does not oppose this request. Both parties are available April 8, 9, 10, or 11, 2013, or could find another mutually available date.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Joe Edward Webb, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2013, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Harold B. McDonough,** Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY